UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERESA MOHLER** | **CIVIL ACTION** |
| **VERSUS** | |
| **GEICO GENERAL INSURANCE COMPANY** | **NO.: 19-000864-BAJ-RLB** |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 10)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff Teresa Mohler's Motion for Remand (Doc. 5), which argues that complete diversity is lacking, the amount in controversy has not been met, and the removal was procedurally defective. The Magistrate Judge recommended that the Court deny Plaintiff's motion because complete diversity has been established. Defendant has shown that the amount in controversy exceeds $75,000, and the claimed procedural defects are not jurisdictional and do not require remand (Doc. 10 at pp. 6, 9, 10).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein.  No objections or responses were filed by either party.

1

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 10)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Plaintiff's **Motion to Remand (Doc. 5)** is **DENIED.**

Baton Rouge, Louisiana, this 15th day of May, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**