UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MOHLER | CIVIL ACTION |
| VERSUS | |
| GEICO GENERAL INSURANCE COMPANY | NO. 19-864-BAJ-RLB |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Out of Time Second Amending and Supplemental Complaint. (R. Doc. 62). Plaintiff represents that the defendants Ashley Smothers and Progressive Insurance Company object to the amendment, but Plaintiff has not obtained consent or objection from the remaining defendants. (R. Doc. 62 at 1).

Also before the Court is Plaintiff's Motion to Strike Incorrect Pleading and Combined Motion for Leave to File New Pleading. (R. Doc. 63). In this motion, Plaintiff represents that the defendants Ashley Smothers and Progressive Insurance Company have withdrawn their objection to the sought amendment. (R. Doc. 63 at 1).

Teresa L. Mohler ("Plaintiff") initiated this action with the filing of her Petition for Damages in state court on November 19, 2019. (R. Doc. 1-1 at 3-7). Geico General Insurance Company ("Geico") removed the action on the basis that the Court has diversity jurisdiction under 28 U.S.C. § 1332. (R. Doc. 1).

The Court granted Plaintiff leave to file a First Amending and Supplemental Complaint, which sought to name Summer Jackson Blackwell, Ashleigh Smothers, B&R, IOL, LLC, and Progressive Security Insurance Company as additional defendants. (R. Doc. 29). Plaintiff's First Amending and Supplemental Complaint, which was entered into the record on January 15, 2021,

also named as a defendant the fictional entity XYZ Insurance Company, the alleged liability insurer of Summer Jackson Blackwell through her employer B&R, IOL, LLC. (R. Doc. 30).

The deadline to amend the pleadings expired on October 15, 2021. (R. Doc. 59).

Plaintiff now seeks to amend her pleadings once again to name National Union Fire Insurance Company of Pittsburgh, PA in place of XYZ Insurance Company. (R. Doc. 62). In the proposed "jurisdictional statement" of both submitted proposed pleadings, Plaintiff asserts that the proposed defendant "is a foreign insurance company that is licensed to do and doing business in the State of Louisiana, that is domiciled in the State of Louisiana, with [its] [principal] place of business in New York, New York." (R. Doc. 62-1 at 12; R. Doc. 63-2 at 12). Neither motion seeks to establish good cause to allow untimely amendment of the pleadings under Rule 16(b)(4) of the Federal Rules of Civil Procedure.

The Court has previously denied a motion or leave filed by Plaintiff and explained the requirements for alleging the citizenship of proposed defendants in a diversity action removed to federal court. (*See* R. Doc. 26). Plaintiff has once again ignored this requirement.

The citizenship of a corporation is determined by its state of incorporation and principal place of business. *See* 28 U.S.C. § 1332(c)(1); *Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633, 637 (5th Cir. 1983). Plaintiff's motions are deficient because the proposed pleadings do not allege the state of incorporation of the proposed defendant, National Union Fire Insurance Company of Pittsburgh, PA.

Any renewed motion seeking to name the foregoing defendant must identify its citizenship, including its state of incorporation. Furthermore, any renewed motion must establish grounds for a finding of good cause under Rule 16(b)(4) to allow untimely amendment to name a

new defendant. Finally, any renewed motion must indicate whether any defendants oppose the motion. *See* LR 7(e).

Based on the foregoing,

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Out of Time Second Amending and Supplemental Complaint (R. Doc. 62) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Incorrect Pleading and Combined Motion for Leave to File New Pleading (R. Doc. 63) is **DENIED AS MOOT.**

Signed in Baton Rouge, Louisiana, on November 23, 2021.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**